IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| SHUNNA CRAFT, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:18-cv-00149-KGB |
| DIVERSIFIED CONSULTANTS, INC., | § § | |
| Defendant. | § § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this civil action, plaintiff, Shunna Craft, and defendant, Diversified Consultants, Inc., hereby stipulate to the dismissal of the above-styled case with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/Amy L. B. Ginsburg | /s/ Charles R. Penot, Jr. |
| (*By Permission*) | Charles R. Penot, Jr. |
| Amy L. B. Ginsburg | *Admitted Pro Hac Vice* |
| Kimmel & Silverman, P.C. | Sessions Fishman Nathan & Israel, LLC |
| 30 East Butler Avenue | 900 Jackson Street, Suite 440 |
| Ambler, PA 19002 | Dallas, Texas 75202 |
| Telephone: (215) 540-8888 | Telephone: (214) 741-3009 |
| Facsimile: (877) 788-2864 | Facsimile: (214) 741-3098 |
| Email: aginsburg@creditlaw.com | Email: cpenot@sessions.legal |
| | |
| *Attorney for Plaintiff* | Keith M. McPherson (AR Bar # 91194) |
| | Watts, Donovan & Tilley, P.A. |
| | 200 River Market Avenue, Suite 200 |
| | Little Rock, AR 72201-1769 |
| | Telephone: (501) 850-7096 |
| | Facsimile: (501) 372-1209 |
| | Email: keith.mcpherson@wdt-law.com |
| | |
| | *Attorneys for Defendant* |