# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONSEBORO DIVISION

**SHUNNA CRAFT**                                                            **PLAINTIFF**

v.                     Case No. 3:18-cv-00149 KGB

**DIVERSIFIED CONSULTANTS, INC.**                                           **DEFENDANT**

## ORDER

    Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 14). The stipulation represents that plaintiff Shunna Craft and defendant Diversified Consultants, Inc. stipulate to the dismissal of this case with prejudice, with each side to bear its own costs and attorneys' fees (*Id.*). Both parties have signed the stipulation (*Id.*). Accordingly, the stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal with prejudice (Dkt. No. 14). Accordingly, the Court dismisses with prejudice this action, with each side to bear its own costs and attorneys' fees.

    So ordered this 8th day of August 2019.

                                                                               Kristine G. Baker
                                                                               United States District Judge